IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CHARLES RAY MOSLEY, 788987,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-cv-127-O |
| | § | |
| **RICK THALER, Director TDCJCID,** | § | |
| | § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Petitioner filed objections. The Court has conducted a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct. Accordingly, Petitioner's objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as the findings of the Court.

Accordingly, Petitioner's Motion for Summary Judgment (ECF No. 23) is hereby **DENIED.** Petitioner's Petition for Writ of Habeas Corpus will be dismissed by separate judgment.

**SO ORDERED** on this **14th day** of **December, 2011.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**